UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS,

               Defendant.

19-CR-131-06 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

After consulting with counsel for Mr. Andrews and the Government, the Court sets the hearing on Andrews' motion to suppress for Thursday, December 19, 2019, beginning at 9:30 a.m. If necessary, the hearing will continue on Friday, December 20.

The Court directs counsel to file, by 5:00 p.m. on Monday, December 16, 2019, updated memoranda of law, if any, on the suppression motion. Counsel are also directed, by the same date and time, to provide each other and the Court with two courtesy-copy binders apiece containing 3500 material and hearing exhibits.

SO ORDERED.

                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: November 13, 2019
       New York, New York