UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CARL ANDREWS<br><br>                       Defendant. | 19 Cr. 131-06 (PAE)<br><br>NOTICE: CHANGE<br>OF COURTROOM |

PAUL A. ENGELMAYER, District Judge:

The parties are hereby notified that the December 19, 2019, suppression hearing in this case, scheduled for 9:30 a.m., will be held at the **Daniel Patrick Moynihan U.S. Courthouse, located at 500 Pearl Street, in Courtroom 20C**. This is a change of courtroom only.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2019
New York, New York