UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 19 Cr. 131-06 (PAE) |
| -v- | ORDER |
| CARL ANDREWS, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record in today's bench decision, the Court hereby denies Andrews' motion to suppress physical evidence. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 158 and 244.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 20, 2019
        New York, New York