# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

**NEW YORK OFFICE:**
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

December 26, 2019

**BY ECF & U.S.MAIL**
Hon. Paul A. Engelmeyer
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> Re: United States v. Lorenzon Randall, et al
> Client: Carl Andrews
> 19 Cr. 131 (PAE)

Dear Judge Engelmeyer:

I represent Carl andrews with co-counsel Ezra Spilke and associate counsel Lee Bergstein. I write to respectfully request permission for each of us to file interim vouchers in this case.

As the Court is aware this matter involves voluminous discovery and complex legal issues. Each of us have and shall dedicate significant tme to his case, and expect to continue to do so until its conclusion.

Your Honor's understanding and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,

Alan M. Nelson

SO ORDERED: *Paul A. Engelmayer*  12/27/2019
Hon. Paul A. Engelmayer, U.S.D.J.