UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    UNSEALING ORDER
                                  :
        - v. -                    :    S8 19 Cr. 131 (PAE)
                                  :
CARL ANDREWS,                     :
    a/k/a "Day,"                  :
    a/k/a "DaShawn,"              :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - :
                                  x

Upon the application of the United States of America, by and through Assistant United States Attorneys Daniel H. Wolf, Benjamin W. Schrier, and Rushmi Bhaskaran,

IT IS HEREBY ORDERED that Indictment S8 19 Cr. 131, which was filed under seal on February 25, 2020, be unsealed forthwith.

SO ORDERED.

Dated:  New York, New York
        February 28, 2020

                            _____
                            HONORABLE SARAH L. CAVE
                            UNITED STATES MAGISTRATE JUDGE
                            SOUTHERN DISTRICT OF NEW YORK