UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS,

Defendant.

19-CR-131-06 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

Trial in this matter is scheduled to commence on Monday, March 9, 2020. Carl Andrews

(inmate ID no. 91454-053), through counsel, has requested an order directing the Bureau of

Prisons to receive clothing for Mr. Andrews's upcoming trial in this case. By this order, the Court

directs the Bureau of Prisons to receive the following clothing for Mr. Andrews's trial:

- Three (3) pairs of slacks;

- One (2) sports coats;

- Four (4) dress shirts;

- Three (3) ties;

- One (1) pair of shoes;

- Five (5) pairs of socks;

- One (1) belt.

The Clerk of Court is requested to terminate the motion at Dkt. No. 328.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 2, 2020
      New York, New York