UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS,

Defendant.

19-CR-131-06 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Clerk of Court is directed to terminate the motions at Dkt. Nos. 267, 270, and 319.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2020
New York, New York