UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :
UNITED STATES                                                 :
                                                              :   S8 19 Cr. 131 (PAE)
            -v-                                               :
                                                              :   ORDER
CARL ANDREWS,                                                 :
                                                              :
                           Defendant.                         :
                                                              :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On March 6, 2020, the Government submitted, and on March 8, 2020, filed on the docket of this case, a motion requesting that the Court: (1) close the Courtroom to all spectators—except for the defendants' immediate family—during the testimony of an undercover Suffolk County police officer (the "UC"); and (2) permit the UC to testify under a pseudonym. Dkt. 339. To minimize any impact to the public, the Government states that it will work with the court reporter's office to ensure that a daily transcript of the UC's testimony is made available to the public at no cost within 24 hours, and to set up in a separate room a live audio feed of the UC's testimony. *Id.* Mr. Andrews does not object to the Government's request. *Id.*

For the reasons that the Court will place on the record today, the Government's motion is granted in its entirety. The Government is directed to arrange the accommodations promised in its motion, and to give both the Court and Mr. Andrews 24 hours notice of its intention to call the UC to testify. In the event of media interest in attending this testimony, the Court authorizes the courthouse press corps to designate a single pool reporter to attend the testimony. *See United States v. Alimehmeti*, 284 F. Supp. 3d 477, 487 & n.5 (S.D.N.Y. 2018) (Engelmayer, J.)

(expressing confidence that courthouse pool reporter will not disclose identifying characteristics of UC testifying pseudonymously).

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 9, 2020
      New York, New York