UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                  :

UNITED STATES                     :

                               :              S8 19 Cr. 131 (PAE)

               -v-                  :

                               :                 <u>ORDER</u>

CARL ANDREWS,                   :

                               :

                              Defendant.    :

                               :

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      This notice is to inform members of the press and the public that an audio feed of the testimony referenced in Dkt. 345 will be available in Courtroom 506 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. This testimony is currently expected to occur during the afternoon of Wednesday, March 11, 2020. For further information, please contact the S.D.N.Y. District Executive's office, (212) 805-0513.

      SO ORDERED.

                                         *Paul A. Engelmayer*
                                        Paul A. Engelmayer
                                        United States District Judge

Dated: March 10, 2020
       New York, New York