UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS,

                Defendant.

19-CR-131-06 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's conference, the defendant's unopposed motion for a stay is granted. The jury trial in this matter is therefore stayed until further order of this Court. Beginning on Monday, March 30, 2020, and every Monday thereafter, counsel are directed to submit a joint letter on ECF setting forth their views on the continued need for a stay. A case management conference is set for April 27, 2020, at 10 a.m.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                         PAUL A. ENGELMAYER
                                         United States District Judge

Dated: March 16, 2020
       New York, New York