# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

April 8, 2020

**BY ECF & ELECTRONIC MAIL**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: United States v. Carl Andrews
19 Cr. 131 (PAE)

Dear Judge Engelmayer:

Please accept this correspondence as a request to be relieved from the representation and the appointment of new counsel for Carl Andrews.

As I informed the Court in late December, 2019, I had applied to become the new CJA Case Budgeting Attorney for the Court of Appeals for the Second Circuit. I am pleased to advise the Court that on April 6, 2020 I was offered and have accepted that position. I shall commence my employment on May 4, 2020 in that capacity.

To assure the smoothest and most efficient transition, without I any manner delaying the retrial of Mr. Andrews, I consulted with the defense team and spoken with Susan Kellman, Esq., concerning her willingness and availability to assume the representation of Mr. Andrews. Ms Kellman has indicated her willingness and availability to accept this assignment. I would of course assist Ms. Kellman in the orderly and expeditious transition of this matter.

Accordingly, it is respectfully requested that I be relieved and Ms. Kellman be appointed as replacement counsel pursuant to the Criminal Justice Act for Carl Andrews.

Respectfully submitted,

Alan Nelson

cc: All counsel (electronic mail)
Carl Andrews (U.S. Mail)

The Court grants Mr. Nelson's application to be relieved and appoints Susan Kellman, Esq., to succeed him forthwith as counsel (along with Ezra Spilke, Esq.) for Mr. Andrews. The Court thanks Mr. Nelson for his estimable service on this case, and more broadly to the cause of justice, and looks forward to interacting with him in his new role. The Court wishes all counsel well. The Clerk of Court is requested to terminate the motion at Dkt. No. 370. SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER   4/8/2020
United States District Judge