UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :            19-CR-131-06 (PAE)
                                                                        :
CARL ANDREWS,                                                           :            SCHEDULING ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **August 19, 2020** at **11:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: August 17, 2020
      New York, New York

                                             *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge