UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
          -v-                                               :    19-CR-131-06 (PAE)
:
CARL ANDREWS,                                                           :    <u>SCHEDULING ORDER</u>
:
                  Defendant.                                  :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **September 11, 2020** at **9:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 2, 2020
       New York, New York

                                                           PAUL A. ENGELMAYER
                                                          United States District Judge