UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
       -v-                                                            :    19-CR-131-06 (PAE)
:
CARL ANDREWS,                                                           :    <u>SCHEDULING ORDER</u>
:
                   Defendant.                                         :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules an additional telephonic conference in this case for **September 16, 2020** at **12:00 p.m.**, without the defendant's presence. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: September 14, 2020
       New York, New York

                                                           *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge