UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :        19-CR-131-06 (PAE)
                                                                        :
CARL ANDREWS,                                                           :        SCHEDULING ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules a telephonic conference in this case for **September 25, 2020** at

**10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in

Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To

access the conference, the parties should call 888-363-4749 and use access code 468-4906.


        SO ORDERED.


Dated:  September 16, 2020                        _____
        New York, New York                            PAUL A. ENGELMAYER
                                                       United States District Judge