## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

September 21, 2020

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Randall et al.*, No. 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

      We write to respectfully request a schedule for the parties to file supplemental motions *in limine*. The parties jointly propose filing their opening briefs on **September 25, 2020**, with oppositions due on **October 2, 2020**. We understand that a reply briefs are not invited, but, in light of the somewhat expedited schedule, we respectfully request the right to file them within a reasonable time after the filing of opposition briefs.

Respectfully submitted,

  /s/ Ezra Spilke
Susan G. Kellman
Ezra Spilke
*Counsel for Carl Andrews*

Cc:   All counsel of record by ECF

---

**GRANTED.** Reply briefs, if a party believes a reply necessary, are due October 7, 2020 and are limited to 5 pages in length. The Clerk of Court is requested to terminate the motion at Dkt. No. 475.

9/21/2020

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge