UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,          :

       -v-                              :          19-CR-131-06 (PAE)

CARL ANDREWS,                      :          <u>SCHEDULING ORDER</u>

                  Defendant.          :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **October 2, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge