UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,                    :

          -v-                                         :          19-CR-131 (PAE)

CARL ANDREWS,                              :          <u>SCHEDULING ORDER</u>

                 Defendant.                :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **October 7, 2020** at **12:00 p.m.** This conference is in addition to the conference scheduled for October 2, 2020. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 30, 2020                             *Paul A. Engelmayer*
       New York, New York                         PAUL A. ENGELMAYER
                                                      United States District Judge