UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS,

Defendant.

19-CR-131-06 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Clerk of Court is requested to strike the entry at Docket Number 502 in its entirety.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2020
         New York, New York