# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

October 2, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Randall et al.*, No. 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

    In light of today's ruling adjourning trial until the first quarter of 2021, we write to respectfully request a two-week extension of the deadline for the filing of Mr. Andrews' opposition to the government's motion *in limine*. We have conferred with counsel for the government who has no objection to this request. We apologize for the lateness of this application.

Respectfully submitted,

*/s/ Ezra Spilke*
Susan G. Kellman
Ezra Spilke
*Counsel for Carl Andrews*

Cc:   All counsel of record by ECF

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 503.

10/5/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge