UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                  -v-                                         :      19-CR-131-06 (PAE)
                                                                        :
CARL ANDREWS,                                                           :      <u>SCHEDULING ORDER</u>
                                                                        :
                    Defendant.                        :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **October 14, 2020** at **9:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge