UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>CARL ANDREWS,<br><br>                    Defendant. | No. 19 Cr. 131 (PAE)<br><br>**ORDER** |

    WHEREAS modified operations the Metropolitan Correctional Center ("MCC") has instituted in response to the COVID-19 pandemic present substantial obstacles to the ability of inmates to review discovery and other case materials; and

    WHEREAS measures can be taken for an inmate to review case materials on a laptop computer without jeopardizing the security and operational interests of the MCC;

    IT IS HEREBY ORDERED that

1. Upon receipt of an acceptable laptop computer from counsel for Carl Andrews, the Government shall (a) install password-protected software that prevents access to the internet, any and all wireless communication, games and entertainment programs of any kind; (b) load all of the discovery (including Jencks Act material) onto the laptop that is not marked as sensitive or confidential unless that material is appropriately redacted; and (c) deliver the laptop containing the discovery to the proper authorities at the MCC, within 72 hours. The government shall make all reasonable efforts to keep excluded material to minimum by redacting sensitive content wherever possible;

2. Andrews shall execute an agreement setting forth his understanding that he may use the laptop for the sole purpose of reviewing discovery and legal materials that

relate to his criminal case, that he shall not share the laptop or the materials loaded onto the laptop with other inmates or with any attorney not appointed to this case without an order of this Court, that he will not access or attempt to access the internet or any form of wireless communication and that he will forfeit his right under this Order to use the laptop in the future should he violate any of these understandings.

3. Within forty-eight hours of Andrews' execution of the agreement and the MCC's receipt of the laptop from the Government, whichever is later, Andrews shall receive access to the laptop subject to the following conditions:

   a. Andrews shall receive the laptop daily, at 9:00 a.m., from a counselor or other officer on his unit;

   b. The laptop shall be collected daily by an officer at 9:00 p.m., so that it can be recharged for use on the next day;

   c. Andrews shall not have possession of any charging apparatus or cord that connects to the laptop.

Dated:   New York, New York
         October 13, 2020                SO ORDERED

                                         *Paul A. Engelmayer*
                                         The Honorable Paul A. Engelmayer
                                         United States District Court
                                         Southern District of New York