UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
        -v-        :        19-CR-131-06 (PAE)
        :
CARL ANDREWS,        :        <u>SCHEDULING ORDER</u>
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules a telephonic conference in this case for **October 26, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

        SO ORDERED.

*[signature: Paul A. Engelmayer]*

Dated: October 22, 2020                      PAUL A. ENGELMAYER
       New York, New York              United States District Judge