UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                                :
:
        -v-                                            :     19-CR-131-06 (PAE)
:
CARL ANDREWS,                                                            :     <u>SCHEDULING ORDER</u>
:
                          Defendant.                            :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **November 18, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: November 12, 2020
       New York, New York

                                                               PAUL A. ENGELMAYER
                                                              United States District Judge