UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARL ANDREWS,

Defendant.

---

19-CR-131-06 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth at today's conference, the Court sets the following deadlines:

- The Government's opposition to the motion to dismiss for lack of venue is due on November 23, 2020.

- Any defense reply to the Government's opposition to the venue motion is due on December 2, 2020.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 18, 2020
       New York, New York