UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　:
UNITED STATES OF AMERICA,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　-v-　　　　　　　　　　　　　　　　　　　　: 　　19-CR-131-06 (PAE)
　　　　　　　　　　　　　　　　　　　　　　　　　　:
CARL ANDREWS,　　　　　　　　　　　　　　　　　: 　　SCHEDULING ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

　　　The Court schedules a telephonic conference in this case for **November 25, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
Dated:　November 18, 2020　　　　　　　　　　　　　　　United States District Judge
　　　　　New York, New York