UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                              :       19-CR-131-06 (PAE)
                                                                        :
CARL ANDREWS,                                                           :       SCHEDULING ORDER
                                                                        :
          Defendant.                       :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **November 30, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                                      PAUL A. ENGELMAYER
                                                    United States District Judge