UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :   19-CR-131-06 (PAE)
                                                                        :
CARL ANDREWS,                                                           :   SCHEDULING ORDER
                                                                        :
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **December 7, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: December 2, 2020
       New York, New York

                                            _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge